IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Joseph Thompson** : | |
| : | **CIVIL NO. 12-5801** |
| **v.** : | |
| : | |
| **Carolyn W. Colvin, Comm'r of** : | |
| **Social Security** : | |

## ORDER

**AND NOW**, this 23th day of April, 2013, upon consideration of the Plaintiff's Request for Review, and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart *(Doc. No. 16)* to which no objections have been made, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Claimant's Request for Review is **GRANTED in part** and **DENIED in part**; and

3. The matter shall be remanded for further development of Thompson's claim of illiteracy.

**IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____
**Paul S. Diamond, J.**